

# COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
### EL PASO, TEXAS

|  |  |
|---|---|
| § | No. 08-14-00259-CV |
| § | |
| IN THE MATTER OF THE ESTATE OF § | Appeal from |
| | Probate Court No. 1 |
| TRAVIS B. KIRCHNER, DECEASED. § | |
| | of El Paso County, Texas |
| § | |
| | (TC # 2014-CPR-01539) |
| § | |

## **MEMORANDUM OPINION**

Pending before the Court is a motion filed by Appellant, Judy T. Wheatley, to dismiss the appeal pursuant to TEX.R.APP.P. 42.1(a)(1) because the dispute between the parties has been resolved. We grant the motion and dismiss the appeal. Costs of the appeal are taxed against Appellant. *See* TEX.R.APP.P. 42.1(d).

February 4, 2015

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.